**FILED**
February 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:25-CR-00265-KC |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 USC § 111(a)(1) - Assault of a Federal Officer |
| PATRICK DONALD BOHTE, | § § | |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about January 17, 2025, in the Western District of Texas, Defendant,

**PATRICK DONALD BOHTE,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with C.D., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties, that is, the Defendant struck C.D. with a closed fist, thereby making physical contact with C.D., in violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____/s/_____
Assistant U.S. Attorney