## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | No: EP:25-CR-00265(1)-KC |
| (1) Patrick Donald Bohte | § | |

## **ORDER**

On February 20, 2025, the Court considered Defendant's request for jury selection and trial, ECF21 in the above-captioned cause. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, and that the time from April 11, 2025 through April 11, 2025, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. **§** 3161.

Accordingly, it is hereby ORDERED that this cause is scheduled for jury selection and trial in District Courtroom, Room 522, El Paso, TX 79901, on **Friday, April 11, 2025**, at **8:30 AM**.. It is further ordered that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**SIGNED**: February 26, 2025.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE